IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOWARD COHAN,

Plaintiff,   Case No. 1:22-cv-00716

v.

Hotel Crown CP-ATL, LLC,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines set and administratively close this case.

Plaintiff is filing this Notice with Defendant's approval and permission.

June 2nd, 2022

| | |
|---|---|
| /s/ Barry Debrow Jr. | /s/ Kevin M. Young |
| Barry Debrow Jr., Esq. | Kevin M. Young, Esq. |
| Georgia Bar No.445097 | Georgia Bar No. 183770 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Debrow Law P.C. | SEYFARTH SHAW LLP |
| 12 Bullsboro Dr. | 1075 Peachtree Street, N.E., Suite 2500 |
| Newnan, Ga 30263 | Atlanta, Georgia 30309-3958 |
| Telephone: (678) 381-6871 | Telephone: (404) 885-1500 |
| Email: barry@debrowlaw.com | Email: kyoung@seyfarth.com |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 2nd day of June 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

                <u>/s/ Barry Debrow Jr.</u>
                Georgia Bar No.445097
                *Attorney for Plaintiff*
                Debrow Law P.C.
                12 Bullsboro Dr.
                Newnan, Ga 30263
                (678) 381-6871
                <u>barry@debrowlaw.com</u>