IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Howard Cohan**<br><br>    Plaintiff,<br><br>    v.<br><br><br>**Embassy Suites Management, LLC** *a Delaware limited liability company*<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:22-cv-00716-WMR |

## ORDER

The parties have filed Notice of Settlement [Doc 10]. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

**SO ORDERED** this 2nd day of June, 2022.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.